# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ROHDE & SCHWARZ USA, Inc.,**
6821 Benjamin Franklin Drive
Columbia, Maryland 21046

       *Plaintiff,*

      *v.*

**FEDERON PROCUREMENT SOLUTIONS,**
3856 Barcroft Lane
Alexandria, Virgina 22312

Serve: Northwest Registered Agent Service Inc.
     30 N Gould St Ste N
     Sheridan, WY 82801

      *Defendant.*

Civil Action

Case No.:___1:25-cv-3187___

## COMPLAINT FOR DAMAGES

Plaintiff, Rohde & Schwarz USA, Inc., by its undersigned counsel, hereby files this Complaint for Damages against Defendant Federon Procurement Solutions and states as follows:

1.    This is an action for damages arising out of Federon Procurement Solutions' ("Federon") breach of contract to purchase goods from Plaintiff, Rohde & Schwarz USA, Inc. ("R&S").

### The Parties

2.    R&S is incorporated in Delaware and maintains its principal place of business at 6821 Benjamin Franklin Drive, Columbia, Maryland 21046.

3.    Defendant, Federon Procurement Solutions ("Federon"), is a Wyoming corporation with its principal place of business at 3856 Barcroft Lane, Alexandria, VA 22312.

Page **1** of **5**

**Jurisdiction and Venue**

4.      This Court has jurisdiction pursuant to 28 USC 1332, as there is complete diversity and the amount in controversy exceeds $75,000.

5.      This Court has personal jurisdiction over Federon by virtue that Federon agreed to submit to the jurisdiction of the Courts of Maryland in the parties' contracts.

6.      Venue is proper because Federon agreed to submit all disputes to the Courts in the state of Maryland in the parties' contracts.

**Allegations of Fact**

7.      On August 23, 2023, R&S made an offer to Federon for the purchase of certain NTS50T kits, with a total net price of $239,700.00, and upon specific terms. A copy of the offer, which includes the quote, price sheet, and the Terms and Conditions of Sale, is attached hereto as **Exhibit A**.

8.      Federon agreed to the terms outlined in the offer and issued a purchase order for equipment totaling $171,990.00.

9.      Federon made an initial deposit of $20,000.00 towards the purchase price, leaving an unpaid balance of $151,990.00 in principal.

10.     The terms of the offer specified that full payment was due 30 days after the date of the invoice.

11.     R&S delivered the ordered goods as per the offer, quote, and purchase order. An invoice was issued to Federon on December 18, 2024, with a due date of January 17, 2025. A copy of the invoice is attached hereto as **Exhibit B**.

12.     Federon did not object to the invoice and/or complain about the goods received.

13. Despite repeated demands for payment by R&S, including a formal demand letter sent on May 7, 2025, Federon has failed to remit payment of the outstanding balance of $151,990.00, plus accrued interest.[1]

14. All conditions precedent to the filing of this lawsuit have occurred or been waived.

15. R&S has been forced to hire counsel and pay them a reasonable fee to prosecute this action against Federon. R&S is entitled to late fees, collection costs, and attorneys' fees based on the provisions contained within the Terms and Conditions of Sale that were incorporated into the parties' agreement. *See* **Exhibit A**, Terms and Conditions of Sale, §2.

<strong>Count I – Breach of Contract</strong>

16. R&S realleges paragraphs 1 through 15 as if fully stated herein.

17. The parties, R&S and Federon, formed a contract for the purchase of certain equipment.

18. R&S has performed all obligations required by the parties' contract, including delivering the equipment ordered by Federon.

19. Federon has breached the payment terms of the agreement by failing to pay the outstanding balance owed for the equipment within the agreed-upon time frame.

20. The failure of Federon to pay constitutes a material breach of the contract, entitling R&S to seek relief, including damages, interest, collection costs, and attorneys' fees.[2]

---

[1] The Terms and Conditions of Sale, which is attached and incorporated into the parties' agreement, includes a provision for the payment of a monthly late fee on unpaid invoices. *See* **Exhibit A**, Terms & Conditions of Sale, §2.

[2] The Terms and Conditions of Sale, which is attached and incorporated into the parties' agreement, includes a provision requiring a customer to reimburse R&S "for any costs and/or expenses incurred in connection with the collection of unpaid invoices including without limitation court costs, reasonable attorneys' fees, and collection agency fees." *See* **Exhibit A**, Terms & Conditions of Sale, §2.

**WHEREFORE,** Rohde & Schwarz USA, Inc. respectfully requests judgment against Federon Procurement Solutions for damages, pre-judgment and post-judgment interest at the maximum rate allowed by law, attorneys' fees, court costs, and any other relief this Court deems fair and just.

### Count II – Account Stated

21.     R&S realleges paragraphs 1 through 15 as if fully stated herein.

22.     Federon agreed to pay R&S for the equipment that R&S indicated on each invoice.

23.     Federon has failed to pay these amounts.

24.     Federon has not objected to the invoices at all.

25.     Federon owes R&S $151,990.00 in principal, excluding late fees/interest, attorneys' fees, and collection costs.

**WHEREFORE**, Rohde & Schwarz USA, Inc. respectfully requests judgment against Federon for damages, pre-judgment and post-judgment interest at the maximum rate allowed by law, attorneys' fees, court costs, and any other relief this Court deems fair and just.

Respectfully submitted on this 25th day of September, 2025.

*/s/ M. Celeste Bruce*
M. Celeste Bruce (Bar No. 10710)
RIFKIN WEINER LIVINGSTON LLC
7700 Wisconsin Avenue, Suite 320
Bethesda, Maryland 20814
(301) 951-0150 telephone
(301) 951-0172 facsimile
cbruce@rwllaw.com

**and**

*/s/ Ken Abele*

\*KEN ABELE
Florida Bar No. 0254370
Georgia Bar No. 000377
\*LUKE W. FORSTHOEFEL
Florida Bar No. 1025400
AUSLEY MCMULLEN
P. O. Box 391
Tallahassee, Florida   32302
(850) 224-9115
(850) 222-7560 FAX
kabele@ausley.com
lforsthoefel@ausley.com
esanchez@ausley.com
jtofte@ausley.com
*Attorneys for Petitioner, Rohde & Schwarz USA, Inc.*
*\*currently seeking admission pro hac vice*