

**ROHDE&SCHWARZ**

ROHDE & SCHWARZ USA, Inc. 6821 Benjamin Franklin Drive  Columbia, MD 21046
Phone: 410-910-7800    Fax: 410-910-7801    www.rsa.rohde-schwarz.com

ORIGINAL

## Invoice

**Number / Date**
**9500204537 / 12/18/2024**

| | |
|---|---|
| Customer reference no./Date: | **NB671010-23-02100 / 11/22/2023** |
| Sales Order No.: | **3500202860** |
| Quote number: | **809441** |

For questions regarding this invoice please contact:

**Anna Wade**

| | |
|---|---|
| Telephone | 410-910-7815-7800 |
| Fax | -7801 |
| email | anna.wade@rsa.rohde-schwarz.com |
| Customer Account | 433643 |
| Payer Account | 433643 |

Bill To: Federon Procurement Solutions
3856 Barcroft Ln
Alexandria VA  22312-1158

Ship To:  NIST - National Institute of
Standards & Technology
PO NB671010-23-02100
325 Broadway
Boulder CO  80305-3328

Tel.no.    303-4973634

| | |
|---|---|
| Terms of payment: | 30 days after date of invoice |
| Bank details: | See instructions at the bottom right of the last page |
| Shipping terms: | FOB Destination |

| Item | Material Description | Taxable | Qty | | Unit Price USD | Total Price USD |
|---|---|---|---|---|---|---|
| 1390 | NTS50T KIT | YES | 5 | PC | 34,398.00 | 171,990.00 |

| | |
|---|---|
| **Nontaxable** | $171,990.00 |
| **Taxable** | $0.00 |
| **Total** | $171,990.00 |
| **Payments and credits applied** | $0.00 |
| **Net Due** | $171,990.00 |
| **Terms** | NET  30 |
| **Due Date** | 01/17/2025 |

**remittance.rsa@rsa.rohde-schwarz.com**

**Payment by Wire, ACH or EFT send to:**
Credit: Deutsche Bank Trust Company Americas
ABA: 021001033
Swift Code: BKTRUS33
For further Credit to: Rohde & Schwarz USA, Inc.
Account Number: 00-436-744

**Payment by Check send to:**
Rohde & Schwarz USA, Inc.
PO Box 5120
Carol Stream, IL 60197-5120



EXHIBIT
**B**

This invoice is subject to and limited to the terms and conditions contained on the face hereof and the terms and conditions of the agreement identified above or, if no such agreement is so identified, the Rohde & Schwarz Terms and Conditions of Sale, following on a separate page. In case of conflict, the order of precedence will be 1) terms appearing on the face of this document and 2) the terms and conditions of the agreement identified above or the Rohde & Schwarz Terms and Conditions of Sale, whichever is applicable. Rohde & Schwarz does not accept any additional or different terms and conditions that are listed or referenced on your purchase order.

An Equal Opportunity Employer