## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Maryland

**Rohde & Schwarz USA, Inc.**

        Plaintiff(s),

VS.

**Federon Procurement Solutions**

        Defendant(s).

Attorney: M. Celeste Bruce, Esq.

Rifkin Weiner Livingston, LLC
7700 Wisconsin Avenue, Suite 320
Bethesda MD 20814



*344067*

**Case Number: 1:25-cv-03187-SAG**

Legal documents received on **09/30/2025** at **11:50 AM** to be served upon **Federon Procurement Solutions, by serving Northwest Registered Agent Service Inc. at 30 N Gould St Ste N, Sheridan, WY 82801**

I, **Dustin Looper**, swear and affirm that on **October 03, 2025** at **1:30 PM**, I did the following:

Served **Federon Procurement Solutions, by serving Northwest Registered Agent Service Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Complaint for Damages (with Exhibits A and B); Civil Cover Sheet; Draft Summons in a Civil Action; Disclosure of Corporate Interest; Motion for Admission Pro Hac Vice (Ken Abele); Motion for Admission Pro Hac Vice (Luke Forsthoefel); QC Notice of the Court; Paperless Order Granting Motion for Admission Pro Hac Vice (Luke Forsthoefel); Notice of Electronic Filing; Corrected Motion for Admission Pro Hac Vice (Ken Abele)** to **Kelsey Flemming** as **Authorized Recipient** of **Federon Procurement Solutions, by serving Northwest Registered Agent Service Inc.** at **30 N Gould St Ste N, Sheridan, WY 82801**.

**Description of Person Accepting Service:**
Sex: Female Age: 20-30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 10-11-2025

**Dustin Looper**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:344067

