**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROHDE & SCHWARZ USA, Inc.,** | |
| *Plaintiff,* | Civil Action |
| v. | |
| **FEDERON PROCUREMENT SOLUTIONS,** | Case No.: 1:25-cv-03187-SAG |
| *Defendant.* | |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT

I, Kenneth (Ken) Paul Abele, being of sound mind and age, hereby state as follows:

1.    I am an attorney at the law firm of Ausley McMullen and counsel to Plaintiff, Rohde & Schwarz USA, Inc., in the above-captioned matter. I am a member in good standing of the Florida bar and Georgia bar, and I have been admitted *pro hac vice* to the United States District Court for the District of Maryland to represent Plaintiff, Rohde & Schwarz USA, Inc. in this matter.

2.    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, I submit this Declaration in Support of Plaintiff's Motion for Entry of Default Against Defendant Federon Procurement Solutions. I am familiar with the facts set forth herein based upon my own personal knowledge and upon my review of the records and materials produced in and relevant to this action.

3.    Plaintiff Rohde & Schwarz USA, Inc. filed a Complaint against Defendant Federon Procurement Solutions in this matter and in this Court on September 25, 2025, and a Summons was issued on September 29, 2025.

4. Defendant Federon Procurement Solutions was served on October 3, 2025. *See* ECF #10.

5. Specifically, Federon Procurement Solutions was served via private process server upon its registered agent, Northwest Registered Agent Service Inc., at 30 N Gould St Ste N, Sheridan, WY 8280 on October 3, 2025. *See* ECF #10.

6. Federon Procurement Solutions' last known addresses are: (1) 3856 Barcroft Lane, Alexandria, Virginia 22312; (2) 30 N Gould St Ste N, Sheridan, WY 82801.

7. On October 14, 2025, Plaintiff Rohde & Schwarz USA, Inc. filed an affidavit of service for Federon Procurement Solutions. *See* ECF #10.

8. Pursuant to Federal Rule of Civil Procedure 12(a)(1), Federon Procurement Solutions had 21 days, until October 24, 2025, to file an Answer to the Complaint.

9. To date, Federon Procurement Solutions has failed to plead or otherwise respond to Plaintiff's Summonses and Complaint.

10. Accordingly, Plaintiff requests that the Clerk enter default against Defendant Federon Procurement Solutions pursuant to Federal Rule 55(a).

11. I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

**\*This space is intentionally left blank\***
**\*\*Signature and Notarization on Next Page\*\***

Respectfully submitted, this 3rd day of November, 2025.

/s/

*KEN ABELE
Florida Bar No. 0254370
Georgia Bar No. 000377
AUSLEY MCMULLEN
P. O. Box 391
Tallahassee, Florida  32302
(850) 224-9115
kabele@ausley.com
*Attorney for Rohde & Schwarz USA, Inc.*
*Admitted *Pro Hac Vice* to the United States District
Court for the District of Maryland

SWORN TO AND SUBSCRIBED before me this 3rd day of November, 2025, by Ken Abele [ ✓ ] who is personally known to me or [____] who produced _____ as identification.

(NOTARY SEAL)

NOTARY PUBLIC SIGNATURE

JENNIFER LEA TOFTE
MY COMMISSION # HH 307141
EXPIRES: August 30, 2026

JENNIFER LEA TOFTE
PRINT/TYPE NAME OF NOTARY

My Commission Expires:  __AUGUST 30, 2026__