## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROHDE & SCHWARZ USA, INC.,** | |
| *Plaintiff,* | Civil Action |
| *v.* | |
| **FEDERON PROCUREMENT SOLUTIONS,** | Case No.: 1:25-cv-03187-SAG |
| *Defendant.* | |

### AFFIDAVIT OF BARBARA BUNTING

STATE OF MARYLAND

COUNTY OF HOWARD

1.     My name is Barbara Bunting. I am over the age of 18 years, am competent to make this affidavit, and have personal knowledge of the facts stated herein.

2.     I am the Vice President of Legal & Contracts for Rohde & Schwarz USA, Inc. ("R&S"). In my role, I am responsible for overseeing sales contracts made with customers located in North America, including Defendant Federon Procurement Solutions ("Federon").

3.     On August 23, 2023, R&S extended a firm written offer (i.e. "quote") to Federon for the sale of specified NTS50T kits, expressly incorporating the R&S

Page 1 of 3

**EXHIBIT**

**1**

Terms & Conditions of Sale. A copy of the offer sent to Federon is attached as Exhibit A to the *Complaint*.

4. Federon agreed to purchase certain NTS50T kits by accepting the terms and conditions and sending R&S a purchase order.

5. Thereafter, R&S provided Federon with the NTS50T kits ordered.

6. On December 18, 2024, R&S issued an invoice to Federon for the goods provided, with payment due by January 17, 2025. A true and correct copy of that invoice is attached to the *Complaint* as Exhibit B.

7. Federon accepted the goods delivered by R&S but has failed to pay the amount owed pursuant to the invoice, despite repeated demands by R&S. Federon did not complain about the quality of the equipment delivered, nor did it object to the invoice.

8. On May 7, 2025, and on August 20, 2025, R&S sent formal written demand letters to Federon seeking payment of the outstanding invoices. Federon failed to respond or remit payment.

9. As of today's date, Federon owes R&S a principal balance of $151,990.00, exclusive of late fees, interest, attorneys' fees, and costs.

10. The invoices between R&S and Federon incorporate Terms and Conditions of Sale into the parties' agreement, and include provisions for late fees (prejudgment interest), reasonable attorneys' fees, and costs.

11. The Terms and Conditions provide for the recovery of interest at the rate of 1.5% per month (18% per year) on unpaid balances. Thus, in addition to the unpaid balance, Federon owes ROHDE & SCHWARZ late fees of $25,078.35 through December 18, 2025.

12. Thus, the total amount owed by Defendant Federon is $177,068.35 as of December 18, 2025, not including reasonable attorneys' fees and costs for bringing the above-captioned action.

FURTHER AFFIANT SAYETH NAUGHT.

BARBARA BUNTING
Dated this 23rd day of December 2025

STATE OF MARYLAND
COUNTY OF HOWARD

The foregoing instrument was acknowledged before me by means of physical presence on this 23rd day of December 2025, by BARBARA BUNTING. Such person is personally known to me.

(Notarial Seal Below)

RICHARD STRUBLE
Notary Public - State of Maryland
Howard County
My Commission Expires Jul 18, 2027

(Signature of Notary Public)

Richard Struble

Page **3** of **3**