**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **ROHDE & SCHWARZ USA, Inc.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**FEDERON PROCUREMENT SOLUTIONS,**<br><br>*Defendant.* | Civil Action<br><br>Case No.: 1:25-cv-03187-SAG |

**ORDER**

UPON CONSIDERATION of Plaintiff, Rohde & Schwarz USA, Inc.'s Motion for Entry of Default Judgment Pursuant to Rule 55(B)(2), Memorandum of Points and Authorities in Support and supporting Exhibits, it is this 30 day of _____ January _____, 2026, hereby and the same,

ORDERED, that Plaintiff's Motion for Entry of Default Judgment Pursuant to Rule 55(B)(2) is hereby and the same, GRANTED, and it is further,

ORDERED, that judgment is entered in favor of Plaintiff, Rohde & Schwarz USA, Inc. in the principal amount of $151,990.00 arising from the conduct alleged in R&S's *Complaint*; (2) R&S's attorneys' fees in the amount of $7,727.30 and costs in the amount of $843.89; and (3) prejudgment interest at rate of 1.5% per month in the amount of $25,078.35 for a total judgment amount of $185,639.54.

_____/s/_____
Hon. Stephanie A. Gallagher